1  DANIEL MALAKAUSKAS, SBN 265903
   P.O. Box 7006
2  Stockton, CA 95267
   Telephone: (866)790-2242
3  Facsimile: (888)802-2440

4  Attorney for Plaintiff,
   CYNTHIA HOPSON
5

6              UNITED STATES DISTRICT COURT

7              CENTRAL DISTRICT OF CALIFORNIA

8                     WESTERN DIVISION

9

10  CYNTHIA HOPSON,                    CASE NO. 2:15-cv-03965-BRO-RAO

11           PLAINTIFF,                         ORDER ON
                                         NOTICE OF DISMISSAL
12       v.
                                              [Fed. R. Civ. P. 41]
13
    OXNARD FURNITURE
14  INCORPORATED, dba Granada Oak
    Warehouse, and, or, Granada Furniture, and,
15  or, Granada Oak Furniture, DAVID
    BERGLUND, as an individual, or dba
16  Granada Oak Warehouse, and, or, Granada
    Furniture, and, or, Granda Oak Furniture,
17  STEVE BERGLUND, as an individual, or
18  dba Granada Oak Warehouse, and, or,
    Granada Furniture, and, or, Granda Oak
19  Furniture,  JOE ERWIN, JOANN ERWIN,
20  and DOES 1-10, inclusive,

21                 DEFENDANTS.
22

23       **PLEASE TAKE NOTICE**, that plaintiff hereby unilaterally requests that this action be

24  and is hereby dismissed in its entirety, against all defendants, **WITH PREJUDICE**, pursuant to

25  Federal Rules of Civil Procedure 41(a)(1).

26

27  Date:  November 16th, 2015.              /s/ Daniel Malakauskas
                                             By: Daniel Malakauskas
28                                           Attorney for Plaintiff,
                                             Cynthia Hopson

    Notice of Dismissal

IT IS SO ORDERED.

DATED: November 18, 2015

UNITED STATES DISTRICT JUDGE

1